Mr. Brockman May it please the court the proceedings in the district court below seek to obtain and Have for now several years encumbered funds that are held by Maryland State Treasury The district court erred in entertaining those proceedings to garnish property held by the state After the state had moved to quash the writ That's because the proceedings at issue are ones to which the federal judicial power in the words of the Eleventh Amendment Does not extend core principles of sovereign immunity Embodied in the Eleventh Amendment place limitations on the federal judicial power and the district court transgress those limitations At the same time the district court transgressed limitations imposed by Maryland law Which is incorporated into rule 69 and which Forbids the attachment of assets held by the state its agencies and its officials So the the district court twice erred In allowing the plans to maintain the garnishment action The district court seemingly thought that this was Not the typical Eleventh Amendment case. In fact, it's The quintessential Eleventh Amendment case in the words of the of this court in the case I think the plaintiffs rely most heavily on the in re NDR bankruptcy case There the this court recognized that the attributes of a suit that falls within the Eleventh Amendment bar are ones where the state is named and required to submit to the jurisdiction of the court and where and especially ones where Money is sought from the state Treasury So the is this an NREM proceeding? Not in Under Maryland law, it's not considered a purely NREM proceeding. Is it a quasi NREM proceeding? I think they're both in personam and NREM Issues for jurisdiction. There's a recent opinion by Judge Grimm that addresses garnishment and under Maryland law that It looks at the sort of personal jurisdiction question But I don't think it it matters for the Eleventh Amendment analysis here And it doesn't matter for the Maryland law analysis The Constitution protects Maryland's right not to be held in the federal court without its consent to answer a writ of garnishment and the Maryland law that governs the garnishment proceeding as I said Reinforces that protection because the writ just simply does not lie to attach state funds. I understand I'm reading from a Maryland case noting I believe that garnishment proceeding Garnishment proceedings commence proceeding this as NREM or quasi NREM That Well, that may be as I said, I recall reading recently a Judge Grimm an opinion by Judge Grimm They went very thoroughly into the subject. I didn't go ahead. No, please. I But perhaps I can address the question, I don't know exactly what Right. And the reason I asked is that in looking at sovereign immunity The Supreme Court has held that under bankruptcy law a proceeding to set aside a transfer isn't barred by the Eleventh Amendment because it bankrupt bankruptcy is in women doesn't implicate state sovereignty to the same degree Well as I understand Perhaps your honor is referring to the cats Central Virginia Community College case yeah, and which means that the in Ray and VR analysis and Antonelli and some of the cases that Were decided in the late 90s around this, you know still in the recent aftermath of Seminole tribe No longer apply in the bankruptcy context because now it's understood that the state's had no immunity to bankruptcy proceedings, but that's because in the cats analysis The there's an implicit waiver. There has to either be abrogation or waiver There's waiver and it's implicit in the constitutional design. That was the analysis that I think Justice Stevens Put forth in the cats case so we can put bankruptcy to one side and I don't think it's in rem character is necessarily The the clincher there. It's that well it was in part Based on the character of a bankruptcy proceeding as an in rim proceeding. Yeah the I mean the race here is money held by the state This would be the case whenever 11th Amendment the 11th Amendment Precisely right, right. I mean Whether it's garnishment or a tort claim Section 1983 suit we're talking about money held by the state whether it's a contract action Here the garnish the garnish or the judgment creditors step in the shoes of the judgment debtor the judgment debtor Putting aside for the moment the fact that we don't actually have a judgment debtor assets the state hold their distinct journal into entities, but The judgment debtor would would be able to The LLC here would be able to bring a contract claim against the state but only in state court and only because the state has waived its immunity and Limited it to state court and right otherwise limited it. So It's the same money we're talking about and the same analysis should apply every other element of the coercive process of a judicial tribunal that the Supreme Court is found to be for the the touchstone of this analysis is present here we the writ of garnishment is initiated by the service of us a Writ that must be served in the same manner as as a summons and complaint in an ordinary civil action It compels in this case the state to come into federal court and to answer the writ upon pain of default in a default judgment if the so if the State does not submit to the court's jurisdiction And it runs that risk a default judgment if it does submit to the court's jurisdiction it runs the risk of discovery in a jury trial and as in this case prolonged motions practice to resolve threshold questions about whether These assets are really even part of the judgment debtors Assets Which the judgment debtor has a claim I'm sorry the district court agreed with you on that point that the proceeding appears to be a suit in the procedural sense That's right, and the district court also acknowledged that it doesn't involve Extracting money from the state treasury so those either one of those Acknowledgements would be sufficient to resolve the 11th amendment question in our favor It it's clear under Well not entirely. I mean that just looks at whether or not it's a suit the question is also is it a suit against? The state of Maryland well it clearly is the state is named defendant it's We don't care whether we're called a respondent You know complainant respondent petitioner respondent plaintiff defendant or here garnish e Versus garnish or the the the writ and the adjudication of it worked just the same and The affront to the state's dignity of having to be held into another sovereigns courts But it's to the extent that it's a suit against Maryland. It's only in as a custodian Well that that seems to have been the district courts theory and the principle theory advanced by the plaintiffs in this appeal This mere custodian theory which seems to be derived from a court case from the Ninth Circuit 30 years ago in I think Well it's either completely accurate and then pointless or It's inaccurate It's either completely accurate as I say because we the state is a custodian of lots of funds That's what the Treasury is, but it's not as though. We're running a safe deposit box operation here This is money that the state uses it spends it on services benefits programs contractors and vendors and It's creditors, so it's always using the money for something and that's true when it's it's a defendant in a tort suit So money be otherwise available to you I'm sorry would the money at issue be otherwise available to you. Could you use it in any manner that you chose? Well Yes, I mean at some level Here, there's a there's a purchase order and so there's a budget item that allowed the Department of Health to do things I mean here they were having the roof repaired on the On a building on the premises of a psychiatric hospital grounds It's you know this is not as though the state is cheated Abandoned property, and it's just waiting for the rightful owner to come and claim it and in that case the state only takes Custody not title so that might be a closer case to actually call this a mere custodian situation and I think significantly I mean the same rule that Maryland Applies the federal government applies goes back to Buchanan versus Alexander, and and it's recognized there to be even more ancient origin and the the case law has allowed Entities that are more more properly viewed as custodians That are not the federal government, but are administering funds in connection with a government program To resist a garnishment action and do so by asserting sovereign immunity, so Even those entities that are not sovereigns, but are and really are custodians I get the benefit of this rule, and there's no reason that the state should not It goes a little bit further under Seminole tribe by the Supreme Court 517 US 44 at 58 1996 That they made it clear that the plaintiff suing a state is Irrelevant to the question whether the suit is barred by the 11th amendment So it held the 11th amendment does not exist solely in order to prevent a federal court judgment That may be paid out of the state's Treasury It also serves to avoid the indignity of subjecting a state to the coercive process of judicial tribunals at the instance of private parties That's exactly right, and I think in the portion you just referred to what the Supreme Court actually says is we have often Made it clear that the release sought by a plaintiff is irrelevant to the 11th amendment analysis And it is that it's clear that Pennhurst Says it's regardless of the relief sought and applies whenever the state or one of its agencies or departments is sued The The language of the 11th amendment says any suit in law or equity and You know on the other side as the district court acknowledged this is a suit for to extract money from the state Treasury Page 59 of the of the appendix. There's a check from the treasurer of the state of Maryland I think representing the first installment of the payment on the contract That's where the money comes from and any proceeding regardless of the form or caption regardless of whether the state is itself named as a party That seeks to get money from the Treasury is also barred by the 11th amendment So on either of those grounds both of which are present here the 11th amendment clearly applies well, but it Cats was decided 10 years after Seminole tribe and Appears to Backtrack at least with respect to in rim proceedings Central Virginia Community College versus cats and that that was the basis for my line of questioning Okay, I don't I mean In 2006 or 2005 the state's all filed I amicus briefs urging the court to stick with the direction We thought we'd perceived since seminal tribe and so in some sense. This is a retreat you can see that This issue is governed by state law I'm sorry. Are you conceding that this issue is governed by state law well the question of 11th amendment immunity is governed by federal law The question of the scope of the rule 69 Procedures and whether they can be used to attach state funds is governed by Maryland law under rule 69 The Lee Thomas versus Prince George's County decision Cited in our brief for I think just for the standard of review, but a relatively recent Decision from this court gets into a lengthy analysis and a debate between the dissent and the majority But both sides agree that the question of 11th amendment immunity is a federal law question the question of whether the state has waived it can be a state law Question to which in this in that case this court is in the ever heard to the city in this case that the state has waived Sovereign amenity no there was a suggestion in the district court that by weight waiving Its protection from garnishment for wages it had relaxed its immunity that suggestion is correct It just doesn't apply here Even if it is lines the plaintiff Has asserted that Maryland admitted that it owes any it owes payment to tail is that in the record? Well, I think the record contradicts that What what the department has admitted is that it owes? And will pay when these assets are unfrozen the LLC Now the LLC is not the judgment debtor and that the issue of whether it can be made to Answer for the debts of the judgment debtor is one that the district court has stayed at the request of the plaintiffs here But we It's our position that we should not have to hold our assets and have the conduct of public affairs Disrupted while those kinds of issues get worked out between private parties whose dispute you know We really don't have an interest in Thank you, thank you Mr.. Esther's The carpenters pension funds at all could you speak a little I was having trouble hearing you. Thank you Basically the issue here is whether or not this garnishment action naming the state as garnishing is truly an action against the state Because not all proceedings that involve a state are Necessarily ones that the Eleventh Amendment apply to well, let's start with is it a proceeding yes, okay? It is a proceeding, but I do not believe it is a proceeding against the state While I realized the district court did seem to concede that it was a proceeding against the state I do not believe that that is even correct. Okay, the reason for that is Pursuant to rule 69 a the applicable procedure is Maryland's rule 2-6 4 5 rule 2 6 4 5 G states that the Proceeding against the garnish. She does not rise to the level of a civil action between the judgment creditor and the garnish Unless and until there is a dispute basically until the garnishes states that they either don't owe the money Or they don't have as much as what is believed And then that answer is then disputed by the judgment creditor at that point it does become an action against the state and at that Point 11th Amendment sovereign immunity would become applicable but prior to that point when there is no dispute about whether or not The money is held. It's not truly an action against the state They're really at that point of procedurally just a custodian and you're familiar with the decision of Department of the Army versus Blue Fox, Inc I'm sorry one more time the Department of the Army versus Blue Fox Inc was decided by Justice Rehnquist in 1999 You for me with that decision. I am NOT. Well, he cites some authority from the Buchanan case, which was an 1846 case and basically What he says is that The Blue Fox case is in accord with our precedent establishing that sovereign immunity bars creditors from attaching or garnishing funds in the Treasury I Am familiar with the Buchanan case. How do you how do you get around that? Yes. Thank you In that case that was a case again from the mid 1800s and that deals with the substantive nature of Blue Fox was a 1999 correct. He applied the case from 1846, right? Well a lot of these cases when it's talking about money in the state's Treasury I believe it's more complicated than just that a lot of cases where there is a garnishment against the state There is a reasonable expectation that the state may retain an interest future interest in the money be it because there the judgment debtor has disclaimed an interest or because the money is merely Appropriated and the state could change its mind essentially and not pay the judgment debtor without incurring liability That's not the case here in this case The the money is owed pursuant to a contract that had been performed and is no longer Executory there is no claim that the state of Maryland has that it will in any way shape or form retain a future interest in the money all that is at issue is whom the state will pay and if they don't pay the Judgment creditors or plaintiffs in this matter. They acknowledge that they will pay the LLC So that's the big difference is that the state doesn't retain an interest and while technically it is in the Treasury Under modern accounting principles. This is no longer considered really an asset on the balance sheet This would be under the liabilities column of the state. Mr. Esther's The state has waived its sovereign immunity with respect to wages correct Under under principles of statutory construction Aren't waivers of sovereign immunity strictly construed. Oh, yes so if if it's waived its sovereign immunity with respect to Wage earners would we not infer that it has not waived its sovereign immunity with respect to The kind of creditor you have here. I understand and appreciate your question that waiver of the sovereign immunity. That's um That deals with the state's public policy against attachments of funds held in the hands of the state or public officials Now, I believe there's a case cited in the briefs the MTA versus Hooper that case basically discusses how the sovereign immunity that this is basically a public policy issue and The waiver of sovereign immunity is such that it deals with the sovereign immunity within the state's own courts Basically, it says when they are able to be held, you know You know brought into court in the in the in its own state It's different than the 11th Amendment immunity, which requires that truly it be a suit against the state And in this case again procedurally it is not a suit against the state And just one more factual question in the and you may have answered this in the record Is it clear from the record? that The department owes This money and we'll pay it to the LLC. I believe that is correct that the only question that remains is whether or not the LLC is an alter ego of Tau the judgment debtor and that question is still open in the district court Well, but it either is or it isn't it either is clear in the record or it's not clear. Oh, well, the answer is yes The reason it's clear in the record is in the state's Memorandum and support and in that memorandum they did acknowledge that they owe the debt the debt of nine thousand and some some dollars To the LLC. So yes, thank you Back to the procedural issues that I think that there is an interesting analysis that can be considered when looking at an analogous situation of removal doctrine If this the roles were slightly different and if it were a federal sovereign entity That were named as a garnishee in a state court and There was no dispute over whether or not the money was owed to the named judgment debtor The federal entity would not be able to remove the action to federal court because it truly would not be an action against the state That issue did come up in the Northern District of Georgia. This was not a case cited in the breeze I apologize, but I did just recently come across it. I have a case site for you on that It's West versus West 402 F sup 1189 and that's from 1975 so in those instances It procedurally was not found to be an action against the sovereign and it was not one that was able to be removed and also interestingly, I know the state makes mention of the fact that a failure under the Maryland statute to To file an answer could result in a default judgment That was also the case in in Georgia under the Georgia statute in that West view West case and in a footnote the Northern District of Georgia said that This the United States fear of its own negligence basically fear of not Responding was not sufficient to convert the action into a call a claim against the state So for those reasons, it's both procedurally not an action against the state and as we were discussing previously Substantively here since the state claims no future interest in the assets It's not really an asset of the state. The state is merely a custodian and a stakeholder Much like was described it described in the in Ray visiting homes services case from the 9th Circuit Additionally the state has discussed the public policy issues for for several reasons, I believe they're not applicable rule 69 69 a says that it's the procedures of the state that are to be followed The procedures obviously are that in the statute ruled I'm in the rule rule that's two six four five The state also wants to incorporate this broader public policy, but that that appears to be inappropriate The the when when considering the procedures of the state District courts must apply only those provisions of state law which specifically govern the enforcement of judgments This state public policy again that had its genesis in the root case also in the 1800s is broader than the enforcement of judgments It concerns attachments of any assets held in the hands of the state So for that reason that that that public policy should not be applicable through rule 69 Would LLC be able to sue the state if the state Did not agree to the garnishment of the money Well, I believe following the proper adjudication of whether or not the LLC is an alter ego of how that would be Dispositive and at that point I believe that it would be no different than any other garnishment action where any garnishee could be interested in filing suit against the entity that held the money previously Unless there any further questions, I ask that the court uphold the district courts decision Thank you Mr. Brockman Turning to mr. Esther's last point first about the state's public policy and The suggestion that it it should be ignored or disregarded. It would not be disregarded in state court It should not be disregarded in federal court, but it's not pertinent to the question of Well, I thought except in so far as It is perfectly aligned with the interest that underlies sovereign immunity and in Maryland. The both are justified as grounded in public policy concerns both of them prevent the disruption of public affairs by you know getting drawn into the entanglement of you know, tugs of war between private parties and So the cases that discuss the Limitations on the attachment remedy as a Public policy as distinguished from sovereign immunity do so only because it's much broader So that it applies to public officials and municipal corporations that aren't entitled to assert sovereign immunity Judge Hamilton, I wanted to just Pick up your point about the Blue Army and Blue Fox Department of Army case. It is a you know a recent Reaffirmation of the Buchanan versus Alexander Rule and it applies to the federal government. It would apply in state court and in federal court Except where this the federal government is waived its protection as it's done for instance like child support under I think it's section 465 you can go into state court and get in a federal employees wages if it's for child support But Another case cited in our brief is the automatic sprinkler case in the Seventh Circuit where the same argument made by Mr. Esther's is made there Namely that the federal government really just didn't have that much of an interest in it. They had in the money They admitted their indebtedness and I think it was judge Easterbrook said that just doesn't cut much ice the fact is it comes from the Treasury and All money in the Treasury is destined to go somewhere. I mean Occasionally we might be so lucky as to run a surplus, but it's it's it's it's seldom the case We're paying back our creditors our vendors our contractors. We're providing benefits and services to citizens some of them federal program recipients, and it is not federal policy to Somehow override the limitations that are imposed through Rule 69 and through Maryland law. In fact, we've cited in our brief Other circuits that have Reaffirmed that state law restrictions do apply even when it's the United States that is Seeking to do the execution as in Brockman other than Fear for default mr. Esther says says the court shouldn't really protect against the state's own negligence as he put it What further and I realize the mere naming being named as a party is in your view an indignity to the sovereignty of the state Beyond that, you know that the need to answer What else would happen to Maryland in this lawsuit if it were allowed to proceed with respect to its activities? Well as it is we are now subject to multiple claims one by the LLC and one by the judgment creditor And we've had the money tied up for close to three years and We've been drawn into a dispute that Honestly, I see very little prospect of ending soon. They're very complex jurisdictional questions about whether the LLC can be Whether the district court next size jurisdiction, but that's not as the district court said page 90 We're an innocent bystander to that but we are innocent Which is why we shouldn't have to be a bystander and that's I think what the sovereign what sovereign immunity protects for us and Maryland's limitations on the scope of the attachment remedy protect us from being drawn into those kinds of disputes Judge Duncan, I just wanted to respond to your question about waiver the waiver In the statute that allows garnishment of wages of state employees does not apply here And you're I think you're on his right to suggest that the existence of an express waiver Suggests that no other waiver would is intended. No none is intended none would meet the task Adaro stringent test and Even where there's a waiver it has to be clear that the waiver is both as to suitability and To the place where it's sued that is it has to make clear that we're opening ourselves to suit in federal court Unless there are further questions Thank you very much. We will come down Greek Council. We proceed directly to our last case
judges: Allyson K. Duncan, Albert Diaz, Clyde H. Hamilton